**Marcos CONTRERAS–SANCHEZ,**
**Petitioner,**

v.

courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

John ASHCROFT *, Attorney
General, Respondent.

No. 99–71422.

I & NS No. A13–571–219.

United States Court of Appeals,
Ninth Circuit.

Argued April 13, 2001.

Submitted Aug. 8, 2001.

Decided Nov. 14, 2001.

Before SCHROEDER, Chief Judge,
D.W. NELSON and RAWLINSON,
Circuit Judges.

MEMORANDUM **

Marcos Contreras–Sanchez petitions for review of an order of the Board of Immigration Appeals finding him removable as an aggravated felon under INA § 237(a)(2)(A)(iii), 8 U.S.C. § 1227(a)(2)(A)(iii). Petitioner was convicted on May 14, 1998 of aggravated driving under the influence while one's license is suspended, revoked, or in violation of a restriction, in violation of Arizona Revised Statutes §§ 28–692 and 28–697.

In *United States v. Trinidad–Aquino,* 259 F.3d 1140 (9th Cir.2001), we held that driving under the influence of alcohol and causing bodily injury, in violation of California Vehicle Code § 23153, is not a "crime of violence" as defined in 18 U.S.C. § 16. We reasoned that § 23153 can be violated through negligence, whereas a "crime of violence" can be committed only with a mental state of at least recklessness. *See Trinidad–Aquino,* 259 F.3d at 1144–1146.

Arizona Revised Statutes § 28–692 is similar to § 23153, but lacks the element of bodily injury. Like § 23153, it can be violated through negligence, as can § 28–697, which defines aggravated driving or actual physical control while under the influence as, inter alia, committing a violation of § 28–692 while one's driver's license is suspended, cancelled, revoked, or restricted. We therefore hold that Contreras–Sanchez was not convicted of a "crime of violence," and accordingly was

---

* John Ashcroft is substituted for his predecessor, Janet Reno, as Attorney General of the United States. Fed. R.App. P. 43(c)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.